UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVSION

**FILED**
September 03, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
                              DEPUTY

Nicholas Charassri

V.

State of Texas, City of Hillsboro,

Hill County, Hill County Sheriff's Department

6:24 cv 450

## Plaintiff's Original Complaint

To the Honorable Judge of said Court,

    Comes now, Nicholas C Charassri, ("Plaintiff") files this Original Complaint against the state of Texas, ("Defendant Texas") City of Hillsboro, ("Defendant Hillsboro") Hill County, ("Defendant Hill County") Hill County Sheriff's Department for constitutional rights violations perpetrated against the Plaintiff after he had to defend his life and property in the midst of a "carjacking" that took place in Abbott, Texas after the negligent actions of the Hill County Sheriff's department and lack of law enforcement intervention which resulted in the deprivation of civil rights of the Plaintiff following the incident on June 17, 2022. The negligence and lack of proper law enforcement within Hill County which resulted in the death of the perpetrator and the abuse and neglect of the Plaintiff which has nearly cost the death of the Plaintiff whilst he was being wrongfully incarcerated in the Hill County Jail, from June 17, 2022, through September 2, 2022, which has resulted in tremendous emotional and physical pain and suffering and ongoing physical and mental damages

Page 1

sustained and suffered on behalf of the Defendants, and would respectively show through a preponderance of evidence this Honorable Court the following.

## Discovery Control Plan

1. Plaintiff intends to conduct discovery under Level 3 of Texas Rules of Civil Procedure 190.4.

## Claim For Relief

2. Plaintiff seeks monetary relief over 10,000,000 but under 100,000,000.

## Parties

3. Plaintiff is a forty-two-year-old single male who is paralyzed from the chest down and who was unfortunately having to live out of his vehicle due to illegal removal from a nursing facility in Austin, Texas.

4. Defendant Texas is liable for the negligent and "reckless" actions perpetrated by the Defendants who are a county and city within the state of Texas in relation to the wrongful and harmful actions taken by the Defendants on June 17, 2022 which has resulted in multiple injuries sustained by the Plaintiff prior to and post the events which transpired due to law enforcement negligence. Defendant Texas may be served with process at the office of the Attorney General of Texas at 300 W 15th Street, Austin, Texas 78701.

5. Defendant Hillsboro is the county seat within Hill County, Texas. Defendant Hillsboro is jointly liable for the actions taken by the district attorney and other law enforcement that have been blatantly and egregiously negligent in conducting their duties to public safety which resulted in substantial injuries sustained by the Plaintiff. Defendant Hillsboro may be served with process by serving the district attorney Mark Pratt at 1 N Waco St, Hillsboro, Texas 76645.

6. Defendant Hill County is the county where the cause of action occurred which was "reckless" and intentional with "evil intent" which has caused multiple and substantial injuries which have been ongoing and which has been well documented, Defendant Hill County may be served with process by serving the county at 1 N Waco St, Hillsboro, Texas 76645

7. Defendant Hill County Sheriff's department was negligent in their duties as public servants and used their authority with intent to violate the Plaintiff's constitutional rights pursuant to 42 U.S Code 1983 under the Constitution of the United States of America. The Plaintiff was denied all evidence regarding the case and the Defendants were furthermore negligent with intent of their professional and ethical duties as public servants. Defendant Hill County Sheriff's department may be served with process at 406 Hall Street, Hillsboro, Texas 76645.

## Jurisdiction And Venue

8. Venue is proper in this jurisdiction because the cause of the action occurred within the Western District of Texas, Waco Division.

## Facts Giving Rise To The Cause Of Action

9. On June, 17 2022 whilst trying to survive after suffering the loss of his mother on May 25, 2022 and then his German Shepherd on May 30, 2022, the Plaintiff had to defend himself against a group of criminals residing within the Hill County area and who were premeditated and intent on killing him and taking his property.

10. The Defendants were in contact with the perpetrators prior to the incident approximately two weeks prior to the incident when the perpetrators were arrested at Wal Mart located in Hillsboro, which was a violation of their parole and probation status in Texas, yet failed to conduct their legal duties diligently which was negligence on the part of the Defendants duties to the public safety in which they were given the authority to protect and serve, yet neglected those critical duties, which resulted in the incident and the death of one of the perpetrators.

11. During the incident of the attempted "carjacking" and amongst the chaos the Plaintiff had his phone physically ripped out of his hands by one of the perpetrators while he was on the phone with Russel Singleton, who contacted the Hill County 911 dispatcher and informed them of the attempted "carjacking" prior to the Plaintiff having to take drastic action to protect himself and his property in the face of the armed intruders, but the

Defendants were negligent in their emergency response, which resulted in the actions transpired. The Defendants turned the tables so to speak on the Plaintiff who was justified in his actions to defend himself due to lack of capabilities and incompetent and negligent law enforcement within the Defendants area of operations within the Western District of Texas.

12. The Plaintiff stayed on the scene and waited for law enforcement, when law enforcement arrived on the scene at the incident, the Plaintiff was very "aggressively" removed from his vehicle by gunpoint and was treated like the perpetrator of a crime rather than the law abiding citizen that he was in the face of violent criminal trespassers intent on killing him and stealing his property.

13. The Plaintiff sat at the scene for over two hours whilst the Defendants CID walked around "looking" at the ground and talking with the media that had been deployed from Waco, Texas to create some "news" upon the unfortunate situation which had transpired due to their professional duties which had been neglected upon the Plaintiff and the rest of the "folks" residing within Hill County.

14. The Defendants transported the Plaintiff to the hospital after they assaulted him during the process of taking the Plaintiff into custody for the self-defense situation then proceeded to tell the Plaintiff upon release from the hospital that the district attorney decided to upgrade the charge to murder much to the surprise of the Plaintiff and the deputy who was transporting the Plaintiff.

15. The Plaintiff's reaction to the charge was "shock and awe" to the Defendant Hill County's response to the incident which occurred that obvious result of a self-defense situation which occurred on June 17, 2022, and was unavoidable in the circumstances and was well documented throughout the day of June,17 2022.

16. The Plaintiff expressed his true concerns to the charge upon notification of the district attorney's decision to charge the Plaintiff with such a "heinous" charge considering the preponderance of evidence which was presented to Defendant Hill County before and after the crime that had been committed by the perpetrators. The incident in which transpired was a direct and proximate result due to the Defendant negligence in enforcing the laws within their jurisdiction and failing to punish the Keeton's and failed to incarcerate them for the crimes they had already committed within their county.

17. The Defendants were well aware of the people within their county and had recently charged two documented violent felons within their county for violating their parole and probation and who had committed many crimes throughout the state of Texas and who were continuing to commit crimes against the people of Hill County and the surrounding counties and communities in its vicinity with impunity from law enforcement intervention. These crimes included crimes from everything from murder to aggravated assaults, drug possession and distribution and armed robbery, which was negligence the Defendants behalf of protecting the people and upholding the law.

18. The Plaintiff was in the custody within the confines of the Hill County Jail for over 73 days (about 2 and a half months) and held without medical care whilst he was discriminated against from the news in which was generated for profit by the Defendants, which has been devastating and has been a factor in ongoing medical care since the lack of medical care rendered through the Plaintiff's time within the confines of the Defendants Jail located in Hillsboro, Texas.

19. Upon release from the Hill County Jail on September 2, 2022, the Plaintiff was denied his property, including both of his vehicles and his other belongings that he was in possession of upon his arrival at the Hill County Jail.

20. The Plaintiff was not returned his property until approximately three weeks after his release in which one of the vehicles had been removed from the location and there were other missing items including a magazine filled with ammunition and the Plaintiff was denied all evidence regarding the case so the Defendants were furthermore negligent with intent of their professional and ethical duties as public servants.

## Count One: Violation of Government Liability Against The State of Texas

21. Plaintiff incorporates by reference paragraphs 1 through 20 as if fully set forth herein. The Defendants actions and/or omissions of blatant negligence were a proximate

cause and the moving force behind the following actual damages suffered by the Plaintiff and the Defendants should be held jointly and severally liable for the following damages.

22. The State of Texas was in violation of Government Liability when it allowed Defendant Hill County the ability to operate a correctional facility without the proper staff appropriate for certain inmates with disabilities which require more professional staff to house certain types of inmates with certain disabilities or physical or mental ailments.

## Count Two: Violation of Government Liability Against City of Hillsboro, Texas

23. Plaintiff incorporate by reference paragraphs 1 through 22 as if fully set forth herein. The Defendants actions and/or omissions of blatant negligence were a proximate cause and the moving force behind the following actual damages suffered by the Plaintiff and the Defendants should be held jointly and severally liable for the following damages.

24. Defendant Hillsboro was negligent and in violation of their duties to the Plaintiff when they failed to hire competent staff which resulted in the deprivation of civil rights of the Plaintiff pursuant to 42 U.S code 1983 under the Constitution of the United States of America.

## Count Three: Violation of Government Liability Against Hill County, Texas

25. Plaintiff incorporates by reference paragraphs 1 through 24 as if fully set forth herein. The Defendants actions and/or omissions of blatant negligence were a proximate cause and the moving force behind the following actual damages suffered by the Plaintiff and the Defendants should be held jointly and severally liable for the following damages.

26. The Defendants were in violation of their sworn duties when they failed and neglected the Plaintiff's basic needs as a human being when they were jointly liable in the damages sustained to the Plaintiff during and after the incarceration at the Hill County Jail from June 17, 2022, through September 2, 2022.

## Count Four: Violation of Government Liability Against Hill County Sheriff's Department

27. Plaintiff incorporates by reference paragraphs 1 through 26 as if fully set forth herein. The Defendants actions and/or omissions of blatant negligence were a proximate cause and the moving force behind the following actual damages suffered by the Plaintiff and the Defendants should be held jointly and severally liable for the following damages.

28. The Defendants failed to hire medical staffing and other staff competent of dealing and giving the proper kind of care to the Plaintiff who was obviously in need of professional medical care whilst being held by the county pursuant to Local Government Code Title 11

Chapter 351, in regard to the standard medical care required by the Defendants pursuant to the law.

# Count Five: Violation of The Second Amendment of The Constitution of The United States of America Against Hill County Jail

29. Plaintiff incorporate by reference paragraphs 1 through 28 as if fully set forth herein.

The Defendants actions and/or omissions of blatant negligence were a proximate cause and the moving force behind the following actual damages suffered by the Plaintiffs and the Defendants should be held jointly and severally liable for the following damages.

30. The Plaintiff was denied all his property upon release including his firearm, which was a violation of Second Amendment of the Constitution of The United States of America pursuant to the Bill of Rights and was a deprivation of the Plaintiff's constitutional rights which was a violation of the Defendants sworn protected duties as peace officers and public servants employed within the state of Texas and was ultimately a violation of the Constitution.

# Count Five: Violation of The Eighth Amendment of the Constitution of The United States of America Against Hill County Sheriff's Department

31. Plaintiff incorporates by reference paragraphs 1 through 30 as if fully set forth herein. The Defendants actions and/or omissions of blatant negligence were a proximate cause and the moving force behind the following actual damages suffered by the Plaintiff and the Defendants should be held jointly and severally liable for the following damages.

32. Defendant Hill County was in violation of the Plaintiff's Eighth Amendment constitutional rights when they were jointly complacent with medical negligence perpetrated by the contracted "medical professionals" after setting the Plaintiff's bail at an inconsiderable amount considering the situation where there was substantial evidence of a self-defense situation case, rather than a first degree murder incident in which the Plaintiff was initially charged with and has suffered substantial damages from this unjustified charge which was in favor of the Defendants which had no probable cause or reasonable suspicion with the amount of evidence which stated this incident was clearly a self-defense situation

## Damages

33. Plaintiff incorporates by reference paragraphs 1 through 32 as if fully set forth herein. The Defendants actions and/or omissions of blatant negligence were a proximate cause and the moving force behind the following actual damages suffered by the Plaintiff and the Defendants should be held jointly and severally liable for the following damages.

    A. Conscious pain and suffering and mental anguish suffered by the Plaintiff.

    B. Exemplary damages

    C. Medical expenses

    D. Special damages

## Punitive/Exemplary Damages Against The Hill County Sheriff's Department

34. Punitive/Exemplary damages are recoverable under section 1983 when the conduct is shown to be motivated by evil motive or intent, or when it involves reckless or callous indifferent to the federally protected rights of others. In this case at hand, the Defendants conduct regarding the Plaintiff was done with evil motive or intent, or at the very least was reckless or callously indifferent to the federally protected rights of the Plaintiff. Therefore, the Plaintiff requests punitive/exemplary damages to deter this type of action in the future.

## Conditions Precedent

35. Plaintiff reserves the right to plead and prove damages to which he is entitled at the time of trial. All conditions to Plaintiff's recovery have been performed or have occurred and are ongoing.

## Trial By Jury

36. Plaintiff demands jury trial on all questions so triable.

## Prayer

Wherefore, premises considered, Plaintiff prays that Defendants be cited to appear and answer herein; that upon final trial hereof Plaintiffs have and recover judgement from Defendants; actual damages, punitive damages, pre-judgement interest at a legal rate, interest on said judgement at a legal rate, cost of court, and such other and further relief both general and special, at law and in equity, to which the Plaintiff are justly entitled.

Respectfully submitted,                           **Date:** August 27, 2024

By: <u>Nicholas Chaleo Charassri</u>

2500 Howard Rd

Waxahachie, Texas 75165

Phone: 214-901-0579

Nickcharassri@yahoo,com

Nicholas
8383 Meadow Rd
Dallas, TX 75231



RECEIVED
SEP 0 3 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Waco
U.S District Clerks
800 Franklin Ave, Room 380
Waco, Texas 76701